[No. 31201-8-II. Division Two. March 30, 2005.]

JAMES J. O'HAGAN, *Appellant*, v. PACIFIC COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Pacific County, No. 03-2-00177-7, Gordon Godfrey, J., entered December 5, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31265-4-II. Division Two. March 30, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA ANTOINETTE RUYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-02762-8, D. Gary Steiner and Ronald E. Culpepper, JJ., entered January 16, 2004. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[No. 31276-0-II. Division Two. March 30, 2005.]

JANE M. CITIZEN I ET AL., *Appellants*, v. CLARK COUNTY BOARD OF COMMISSIONERS ET AL., *Respondents*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 3, 2005. Substitute opinion filed. Now partially published at 127 Wn. App. 846.

[No. 31317-1-II. Division Two. March 30, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY BAUTISTA NUDO, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 03-8-00889-7, Anna M. Laurie, J., entered January 15, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Armstrong and Hunt, JJ.